# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HARTFORD AIRCRAFT FINANCE, INC., )<br>f/k/a Hartford Financial Corporation, )<br> )<br>   Plaintiff, )<br> )<br>   v. )<br> )<br>DODSON AVIATION, INC., et al., )<br> )<br>   Defendants. ) | Case No. 07-CV-2287 CM/DJW |

## ORDER

This matter coming before the Court pursuant to the parties' Stipulation to Set Aside Judgment filed September 18, 2007 (Docket No. 9), and the Court, being fully advised in the premises, for good cause shown, finds that the relief requested in said Stipulation should be and the same is hereby granted.

IT IS HEREBY ORDERED that the Judgment entered herein on August 31, 2007, shall be set aside, and Defendants shall be allowed to and including October 5, 2007 within which to file their respective answers or other responsive pleadings herein.

Date: October 22, 2007                              s/ Carlos Murguia
                                                    UNITED STATES DISTRICT JUDGE

Approved by:

 s/ Douglas Weems
Douglas Weems        KS # 14771
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
Kansas City, MO  64112-1905
Telephone:    (816) 474-8100
Facsimile:    (816) 474-3216
dweems@spencerfane.com
ATTORNEYS FOR PLAINTIFF

-and-

s/ Donald G. Scott
Donald G. Scott        KS Fed #70066
McDOWELL, RICE, SMITH & BUCHANAN
605 West 47th Street, Suite 350
Kansas City, MO  64112-1905
Telephone:     (816) 753-5400
Facsimile:     (816) 753-9996
dscott@mcdowellrice.com
ATTORNEYS FOR DODSON AVIATION, INC.

-and-

s/ Mark Doty
Mark Doty      KS #14526
GLEASON & DOTY, CHARTERED
427 S. Main, Suite 10
P.O. Box 490
Ottawa, KS 66067-0490
Telephone: (785) 242-3775
Telecopier: (785) 242-3855
jmdoty@swbell.net
ATTORNEYS FOR ROBERT L. DODSON, SR.
AND ROBERT L. DODSON, JR.